**FILED**
**CLERK**

9:56 am, Aug 17, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CONSOLIDATED AIRCRAFT SUPPLY
CO., INC.,

              Plaintiff,

   -against-

INDEED, INC. and JOHN DOES 1 – 5,


             Defendants.
-----------------------------------------------------------------X

Case No.: 20-cv-2299 (GRB) (ST)


STIPULATION OF
DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice and without costs to any party or against any other. This Stipulation may be filed without further notice with the Clerk of the Court.

    IT IS FURTHER STIPULATED AND AGREED between counsel for the parties that this Stipulation may be signed in counterparts with faxed or emailed signatures deemed as valid as originals.

Dated:      New York, New York            Dated: Bohemia, New York
            August ___, 2020                     August ___, 2020

INDEED, INC.                                ZABELL & COLLOTTA, PC
*Defendant*                                 *Attorneys for Plaintiff*


By: *Ariel Henderson*                       By: *Saul D. Zabell*
Ariel Henderson, Esq.                       Saul D. Zabell, Esq.
Litigation/Employment Counsel               One Corporate Drive, Suite 103
6433 Champion Grandview Way                 Bohemia, NY 11716
Austin, TX 78750                            (631) 589-7242
(512) 459-5300                              szabell@Laborlawsny.com
ahenderson@indeed.com


Dated: August 17, 2020
So Ordered.  Barring any further requests for an extension within 90 days of this order,
this dismissal shall deemed with prejudice. The Clerk of the Court is directed to close this
case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.